UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| Deckers Outdoor Corporation, | ) | Case No. 1:10-cv-01413 |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| 09uggaustralia.com, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**DECLARATION OF JUSTIN R. GAUDIO**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an adult, over the age of 21, and am competent to testify to the matters and facts set forth herein. Except where otherwise expressly noted, I have personal knowledge of the following and, if called upon to do so, could competently testify to same.

2. I am an attorney with the law firm Greer, Burns & Crain, Ltd. I am one of the attorneys who represent Plaintiff, Deckers Outdoor Corporation in *Deckers Outdoor Corporation v. 09uggaustralia.com, et al.*, Civil Action No. 1:10-cv-01413.

3. I hereby certify that on February 3, 2011, notice of this suit was published in *The Washington Times* in accordance with 15 U.S.C. §§ 1125(d)(2)(A)(ii)(II)(bb) and 1125(d)(2)(B), Fed. R. Civ. P. 4(n)(1) and Magistrate Judge Thomas Rawles

Jones, Jr.'s Order (Docket Entry 19).  (*See* Exhibit 1 and Exhibit 2 attached

hereto).

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

this __11th__ day of February, 2011 at Chicago, Illinois.

Justin R. Gaudio
*Pro hac vice*
Counsel for Deckers Outdoor Corporation